IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **RONALD W. WALDEN, JR.,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No:   2:23-cv- 00674-EWH-RJK |
| ) | |
| v. ) | |
| ) | |
| **STONEBRIDGE PARTNERS, LLC,** ) | |
| a Virginia Limited Liability Company, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ronald W. Walden, Jr., having settled all claims with Defendant Stonebridge Partners, LLC, hereby dismisses this action with prejudice.  Plaintiff has not previously dismissed any federal or state court action based upon or including the same claim.

Respectfully Submitted,

**RONALD W. WALDEN, JR**.

By: */s/ Lindsey Clayton Magee Gordley*

L. Clayton Magee, Esquire
Virginia State Bar No. 95399
Waters Law Firm, P.C.
150 Boush Street, Suite 600
Norfolk, VA  23510
Telephone: (757) 446-1434
Facsimile: (757) 446-1438
cmagee@waterslawva.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2024, a true and correct copy of the foregoing was sent via U.S. Mail, postage prepaid, to the following individuals:

STONEBRIDGE PARTNERS, LLC
By Serving Registered Agent:
Melanie R. Smith
29 Little Field Drive
Fredericksburg, VA 22405

Edward Martin
16571 Park Lane Drive
Los Angeles, CA 90049
mart03edw@aol.com

**RONALD W. WALDEN, JR**.

By: */s/ Lindsey Clayton Magee Gordley*

L. Clayton Magee, Esquire
Virginia State Bar No. 95399
Waters Law Firm, P.C.
150 Boush Street, Suite 600
Norfolk, VA  23510
Telephone: (757) 446-1434
Facsimile: (757) 446-1438
cmagee@waterslawva.com

*Counsel for Plaintiff*